UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.: 6:23-cv-01987-PGB-DCI

MICHAEL COPON et al.,

    Plaintiffs,

v.

FRANCIS LARA HO et al.,

    Defendants.

_____/

### JOINT MOTION FOR LEAVE TO APPEAR REMOTELY AT THE HEARING SCHEDULED FOR APRIL 2, 2024

Plaintiffs Michael Copon and Michael Copon Studios, LLC (collectively, "Plaintiffs") and Defendants FRANCIS LARA HO, 1521 MOVIE, LLC, 7M PICTURES, LLC, and INSPIRE STUDIOS INC. (collectively, "Defendants") hereby jointly move this Court for leave to have counsel for the Parties appear remotely (either telephonically or via Zoom) at the hearing scheduled for April 2, 2024, at 11:00 a.m. (ECF 78), and further state as follows:

1. On March 27, 2024, the Court issued a notice of discovery hearing for April 2, 2024, at 11:00 a.m. on Plaintiffs' Motion to Compel Expedited Production of Documents (ECF 70) and Motion to Compel Setting Date and Location for In Person Oral Deposition in April 2024 (ECF 69). The hearing is to take place in Orlando Courtroom 5 C before Magistrate Judge Daniel C. Irick.

2. Given that Defendants' counsel and Plaintiffs' counsel are physically located in South Florida (and neither have offices in Orlando) and in light of the nature of the motions, the fact that they have been fully briefed, and that the hearing is anticipated to be relatively brief, counsel for the Parties respectfully request the Court grant them leave to attend the hearing remotely (either telephonically or via Zoom, at the election of the Court).

3. The instant motion is made in good faith and the Parties assert this request for a telephonic appearance is for good cause shown, as stated in this motion, and not to unnecessarily delay these proceedings.

WHEREFORE, Plaintiffs and Defendants respectfully request that this Court enter an Order allowing their respective counsels to appear telephonically at the hearing scheduled for April 2, 2024, at 11:00 a.m.

Dated: March 28, 2024.

| /s/ Ann Deborah Fishman | /s/ Mark C. Johnson |
|---|---|
| Ann Deborah Fishman, Esq. | Mark C. Johnson |
| Fla. Bar No. 807850 | Fla. Bar No. 84365 |
| Email: ann@fishman.law | Email: MJ@JohnsonDalal.com |
| **FISHMAN LAW, PLLC** | **JOHNSON | DALAL** |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| 1645 Palm Beach Lakes Blvd. | 111 N. Pine Island Road |
| Suite 1200 | Suite 105 |
| West Palm Beach, Florida 33401 | Plantation, Florida 33324 |
| | Telephone: (954) 507-4500 |
| | Facsimile: (954) 507-4502 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 28, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: March 28, 2024

By: */s/ Mark C. Johnson*
MARK C. JOHNSON, ESQ.
*Florida Board Certified Expert in Intellectual Property Law*
Fl. Bar No. 84365
MJ@JohnsonDalal.com
JOHNSON | DALAL
111 N. PINE ISLAND ROAD, SUITE 105
PLANTATION, FL 33324
Tel: (954) 507-4500
*Attorneys for Defendants*