UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHAEL COPON and MICHAEL COPON STUDIOS, LLC,**

      **Plaintiffs,**

v.                                                                      Case No: 6:23-cv-1987-PGB-DCI

**FRANCIS LARA HO, 1521 MOVIE, LLC, INSPIRE STUDIOS, INC. and 7M PICTURES, LLC,**

      **Defendants.**

___

## ORDER

This cause comes before the Court for consideration with oral argument on the following motions:

| | |
|---|---|
| **MOTION:** | Plaintiffs' Expedited Motion to Compel Production in response to Plaintiffs' Third Request for Production (Doc. 124) |
| **FILED:** | July 26, 2024 |
| **MOTION:** | Plaintiffs' Expedited Motion to Compel Subpoena Compliance of Non-Party Janelyn Ho (Doc. 128) |
| **FILED:** | August 1, 2024 |
| **MOTION:** | Renewed Motion to Withdraw as Counsel for Defendants (Doc. 130) |
| **FILED:** | August 1, 2024 |

**THEREON** it is **ORDERED** that Plaintiffs' Motion to Compel Production (Doc. 124) is **GRANTED in part**, Plaintiffs' Motion to Compel Subpoena Compliance (Doc. 128) is **GRANTED**; and Renewed Motion to Withdraw is **GRANTED**.

...

Pending before the Court are Plaintiffs' motions related to a discovery dispute and Attorneys Mark C. Johnson, Veronika Balbuzanova, and Peter Herman's Renewed Motion to Withdraw as Counsel for Defendants. Docs. 124, 128, 130 (collectively "the Motions"). On August 19, 2024, the Court conducted a hearing on the Motions. Defendants' counsel represented non-party Janelyn Ho for the purpose of the hearing and Defendant Francis Lara Ho (Defendant Ho) was in attendance.

For the reasons stated at the hearing, it is **ORDERED** that:

1. Plaintiffs' Motion to Compel Production (Doc. 124) is **GRANTED in part** to the extent that **on or before September 19, 2024**, the parties shall enter into a Confidentiality Agreement <u>and</u> Defendants shall produce to Plaintiffs a copy of the records responsive to Request No. 3 of Plaintiffs' Third Request for Production. The remainder of the Motion (Doc. 124) is **DENIED**;

2. Plaintiffs' Motion to Compel Subpoena Compliance (Doc. 128) is **GRANTED** as any objection Janelyn Ho has to the subpoena is deemed waived. **On or before September 19, 2024**, Janelyn Ho shall produce to Plaintiffs the documents that are subject to the subpoena at issue in the Motion (Doc. 128-1);

3. Defendants' Attorneys' Renewed Motion to Withdraw (Doc. 130) is **GRANTED** as follows:

    a. Attorneys Mark C. Johnson, Veronika Balbuzanova, and Peter Herman are hereby terminated and withdrawn as counsel in this case;

    b. Defendant Ho will now proceed *pro se* unless and until new counsel makes an appearance on his behalf;

c. Defendant Ho remains obligated to comply with all pending deadlines and orders in this case and is cautioned that any motion not responded to within the time provided by the rules of this Court will be deemed unopposed and ruled upon without further warning (*see* Local Rule 3.01);

d. as a *pro se* litigant, Defendant Ho is subject to the same laws and rules of court as litigants who are represented by counsel, including the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules of the United States District Court for the Middle District of Florida;

e. in particular, if Defendant Ho needs additional time to comply with any deadline set by the Amended Case Management and Scheduling Order, Defendant Ho must file a motion with the Court seeking an extension of time supported by good cause and, as with all motions, must confer in person or by telephone with opposing counsel prior to filing the motion and certify in the motion that conferral occurred (Local Rule 3.01(g)); and

f. Defendant Ho is cautioned that a failure to comply with the deadlines in this case set by the rules and orders of this Court may result in sanctions including but not limited to the entry of a default judgment for all claims adequately pled;

g. with respect to the Corporate Defendants, these entities cannot proceed in this Court without counsel, and **the Court will not send any papers, pleadings or correspondence to the Corporate Defendants** (*see* Local Rule 2.02(b)); and

h. if new counsel does not file a notice of appearance on behalf of the Corporate Defendants, then, **on or before September 19, 2024**, Plaintiffs must file a

motion for Clerk's entry of default pursuant to Rule 55(a) and Local Rule 1.10(b).

**ORDERED** in Orlando, Florida on August 19, 2024.

                                              DANIEL C. IRICK
                                              UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties